THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RANDALL LEE KIRBY, Defendant-Appellant.

(No. 11371; ▮▮▮▮▮▮▮

Fourth District—June 24, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE CRAVEN.

Morton Zwick, Director of Defender Project, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, for the People.